UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFERSON-PILOT INVESTMENTS,　　　　　　　　　Case No. 10-10794
INC.,　　　　　　　　　　　　　　　　　　　　　Hon. Patrick J. Duggan
　　　　　Plaintiff,

v.

B.B.M., LLC, a Michigan Limited Liability
Company, WESTHILLS REAL ESTATE, LLC,
a Michigan Limited Liability Company, H & J
REAL ESTATE, LLC, and ROBERT HILLYER,
an individual,
　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　　　　／

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises:

IT IS ORDERED that the above-captioned matter is hereby dismissed, with prejudice and without costs or fees to any party.

This Order resolves the last pending claim and closes the case.

　　　　　　　　　s/Patrick J. Duggan
　　　　　　　　　Patrick J. Duggan
　　　　　　　　　United States District Judge

Dated: December 10, 2010December 10, 2010
I hereby certify that a copy of the foregoing document was served upon counsel of record on December 10, 2010December 10, 2010, by electronic and/or ordinary mail.

　　　　　　　　　s/Marilyn Orem
　　　　　　　　　Case Manager

STIPULATED AND AGREED FOR ENTRY OF THE FOREGOING ORDER:

| | |
|---|---|
| Dickinson Wright PLLC | Maddin, Hauser, Wartell, Roth & Heller, P.C. |
| Attorneys for Plaintiff | Attorneys for Defendants |
| | |
| */s/* with consent of Jill S. Ingber | */s/* Alexander Stotland |
| JILL S. INGBER (P68775) | ALEXANDER STOTLAND (P68493) |
| J. BENJAMIN DOLAN (P47839) | 28400 Northwestern Highway, Third Floor |
| LESLIE A. F. CALHOUN (P67659) | Southfield, MI 48034 |
| 38525 Woodward Ave. | (248) 351-7011 |
| Bloomfield Hills, MI 48304 | (248) 359-7546 fax |
| (248) 433-7246 | axs@maddinhauser.com |
| (248) 433-7274 fax | Attorney Bar No. P68493 |
| jingber@dickinsonwright.com | |
| Attorney Bar No. P68775 | |